JS - 6

# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DELMER BOYER,<br><br>        Petitioner,<br><br>        v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>        Respondent. | **CASE NO. CV 06-07584 GAF**<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that Judgment is entered in favor of respondent and against petitioner.

    IT IS SO ORDERED.

Dated: May 22, 2013.

                                                          _____<br>
                                                          Gary Allen Feess<br>
                                                    UNITED STATES DISTRICT JUDGE

cc: **Carla Ortega, Legal Services**